```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF SOUTH DAKOTA
************************************
In the Matter of                              Case No. 06-40162
                                                  Chapter 7
JESSE ALLEN SPOONEMORE
CANDACE MARIE SPOONEMORE                      ORDER DIRECTING CLERK OF
fka Candace M. Sayne                          COURT TO DISCHARGE JUDGMENTS
fka Candace M. Tague                          VOIDED IN BANKRUPTCY
        Debtors
************************************
```

Upon consideration of Debtors' Motion for Order Directing Clerk of Court to Discharge Judgment(s) Discharged in Bankruptcy filed by Debtor on November 10, 2006, and the record before the Court, and it appearing that no timely objection to the Motion has been filed,

IT IS HEREBY ORDERED that Debtors' personal liability under the attached judgment(s) has been discharged in bankruptcy.

   Accounts Management Inc. for $1,799, plus costs & interest, dated 4/12/05, SMC05-000050, Turner Co., SD, represented by Robert Nelson;

   MRC Receivables Corp for $728, plus interest & costs, dated 12/21/05, Civ05-000226, Turner Co., SD, represented by Breit Law Office.

IT IS FURTHER ORDERED that pursuant to SDCL 15-16-20, the Clerk of Court in which the above judgment(s) was rendered, or a transcript thereof has been filed, shall enter a certified copy of this Order in the Clerk's judgment docket.

IT IS FURTHER ORDERED that pursuant to SDCL 15-16-20 said entries shall discharge from her personal liability under the judgment specified from and after the date of entry. Nothing in this Order shall affect any valid lien that attached to Debtor's property pre-petition.

So ordered: November 28, 2006

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota