Form oclscs

# United States Bankruptcy Court

District Of South Dakota

Case Number: 06–40162
Chapter: 7

In re:

**Jesse Allen Spoonemore**
**Candace Marie Spoonemore**
fka Candace M. Sayne
fka Candace M. Tague

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

IT APPEARING Trustee Lee Ann Pierce has filed a final report and final account; and

IT FURTHER APPEARING the trustee has certified the estate has been fully administered; and

IF FURTHER APPEARING no timely objection has been filed by the United States Trustee or a party in interest;

IT IS HEREBY ORDERED that the trustee is discharged; and

IT IS FURTHER ORDERED that the case is closed.

Dated: 2/23/07

BY THE COURT

s/ Charles L. Nail, Jr.
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0869-4         User: dmick              Page 1 of 1              Date Rcvd: Feb 23, 2007
Case: 06-40162               Form ID: oclscsa         Total Served: 2

The following entities were served by first class mail on Feb 25, 2007.
db         +Candace Marie Spoonemore,   PO Box 1,   Chancellor, SD 57015-0001
db         +Jesse Allen Spoonemore,     PO Box 1,   Chancellor, SD 57015-0001
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2007**          Signature:     _Joseph Speetjens_